CAUSE NO. 2017CI13864

| | | |
|---|---|---|
| CAZ KILBURN | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| v. | § | 57TH JUDICIAL DISTRICT |
| | § | |
| DISTRIBUTION SOLUTIONS, LLC, J3 OIL AND GAS, INC., JAMIE JOHNSON, JIM BIZZIERI, JERRY JOYCE AND UNITEDHEALTHCARE | § § § | BEXAR COUNTY, TEXAS |
|     Defendants. | | |

## CONSENT TO REMOVAL

Defendants Distribution Solutions, LLC and Jamie Johnson hereby consent to Defendant UnitedHealthcare's removal of this cause, Cause No. 2017CI13864, *Caz Kilburn v. Distribution Solutions, LLC, et al.*, pending in the 57th Judicial District Court of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division.

Distribution Solutions, LLC
By: JAMIE JOHNSON
Its: OWNER/CEO

Jamie Johnson

CONSENT TO REMOVAL                                              PAGE 1

EXHIBIT 2