CAUSE NO. 2017CI13864

| | | |
|---|---|---|
| CAZ KILBURN | § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| v. | § § | 57TH JUDICIAL DISTRICT |
| DISTRIBUTION SOLUTIONS, LLC, J3 OIL AND GAS, INC., JAMIE JOHNSON, JIM BIZZIERI, JERRY JOYCE AND UNITEDHEALTHCARE | § § § § | BEXAR COUNTY, TEXAS |
| Defendants. | | |

## CONSENT TO REMOVAL

Defendants J3 Oil and Gas, Inc., Jim Bizzieri, and Jerry Joyce hereby consent to Defendant UnitedHealthcare's removal of this cause, Cause No. 2017CI13864, *Caz Kilburn v. Distribution Solutions, LLC, et al.*, pending in the 57th Judicial District Court of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

/s/ Lawrence Morales II
Lawrence Morales II
State Bar No. 24051077
lawrence@themoralesfirm.com
Melissa Morales Fletcher
State Bar No. 24007702
melissa@themoralesfirm.com
**THE MORALES FIRM, P.C.**
6243 IH-10 West, Suite 132
San Antonio, Texas 7820
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821

*ATTORNEYS FOR DEFENDANTS J3 OIL AND GAS, INC., JIM BIZZIERI, AND JERRY JOYCE*

EXHIBIT 3